DORA V. LANE, ESQ. (NV Bar No. 8424)
Dlane@hollandhart.com
RICARDO N. CORDOVA, ESQ., (NV Bar No. 11942)
Rncordova@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
*Attorneys for Defendant Saving America's Mustangs*

Willie W. Williams, (CA Bar No. 233903)
9327 Fairway View Place, Suite 104
Rancho Cucamonga, California 91730
*Admitted pro hac vice*

Arthur L. Williams, Esq., (CA Bar No. 2125)
3190 Westwind Rd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff Armand Appling*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARMAND APPLING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAVING AMERICA'S MUSTANGS, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:16-cv-00105-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Armand Appling and Defendant Saving America's Mustangs, by and through their respective counsel of record, hereby agree and stipulate that the deadline for Plaintiff Armand Appling to file the Opposition in Support of Defendant's Motion for Summary Judgment may be extended by three (3) weeks, or until May 17, 2017.

This Stipulation is made with good cause and is brought in good faith. The parties have conferred and agree that this extension is warranted due to scheduling conflicts.

///

///

1

Therefore, the new deadline for Plaintiff to file an Opposition to Defendant's Motion for Summary Judgment shall be *May 17, 2017*.

DATED this 21st day of April 2017.

| LAW OFFICES OF WILLIE W. WILLIAMS | HOLLAND & HART LLP |
|---|---|
| By: /s/ Willie W. Williams<br>　Willie W. Williams, CA Bar No. 233903<br>　9327 Fairway View Place, Suite 104<br>　Rancho Cucamonga, California 91730<br>　*Admitted pro hac vice*<br><br>　Arthur L. Williams, Esq., CA Bar No. 2125<br>　3190 Westwind Rd.<br>　Las Vegas, Nevada 89146<br><br>　*Attorneys for Plaintiff* | By: /s/ Dora V. Lane<br>　Dora V. Lane, NV Bar No. 8424<br>　Ricardo N. Cordova, NV Bar No. 11942<br>　5441 Kietzke Lane, Second Floor<br>　Reno, Nevada 89511<br><br>　*Attorneys for Defendant Saving America's Mustangs* |

**<u>IT IS SO ORDERED</u>:**

Dated: ___April 24_____, 2017.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

9782067_1

2